**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00899-CV

### RANDALL W. MOIR, Appellant

### V.

### JP MORGAN CHASE NA, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04102-2013**

## ORDER

We **GRANT** the August 8, 2014 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **September 2, 2014**.

/s/     ADA BROWN
         JUSTICE